DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WILLIAMS

No. 296 PC.

Case below: 31 N.C. App. 588.

Application by defendant for further review denied 31 August 1981.

STATE v. WILLIAMS

No. 231 PC.

Case below: 33 N.C. App. 344.

Application by defendant for further review denied 31 August 1981.